IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BRIA DORSEY-WONDERS,

    Plaintiff,

v.

COUNTY OF KENOSHA,

    Defendant.

Case No. 24-CV-418

## PROPOSED JOINT DISCOVERY PLAN PURSUANT TO F.R.C.P. 26(f)

Plaintiff, Bria Dorsey-Wonders, and defendant, County of Kenosha, by their undersigned counsel, hereby submit the following F.R.C.P. 26(f) Report and proposed discovery plan.

## PARTIES RULE 26(f) PLANNING MEETING

A telephonic conference under Fed. Rule Civ. Pro. 26(f) was held on July 17, 2024, between Connor J. Dartt, OVB Law & Consulting, S.C., attorneys for plaintiff, and Mary E. Nelson, Crivello, Nichols & Hall, S.C., attorneys for defendant. During the conference the parties discussed and agreed to jointly submit the following Rule 26(f) Report and proposed discovery plan.

## SUBJECT MATTER JURISDICTION AND VENUE

The parties agree that this Court has subject matter jurisdiction and that the proper venue for this matter is in the Eastern District of Wisconsin.

There are not any related cases or proceedings in the Eastern District of Wisconsin or before any other court or administrative body.

1

## NATURE OF THE CASE

This is a civil action that arises under 42 U.S.C. § 12101 *et seq.* In the Amended Complaint, plaintiff, a former employee of Kenosha County, alleged that Kenosha County failed to provide a reasonable accommodation in violation of the ADA and terminated her employment in violation of the ADA. Plaintiff seeks compensatory damages, injunctive and other equitable relief, litigation costs, and attorney fees.

Defendant denies liability and has asserted several affirmative defenses.

## ISSUES TO BE ADDRESSED UNDER F.R.C.P. 26(f)

1. **Initial Disclosures:** The parties will jointly comply with F.R.C.P. 26(a)(1) on or before **August 22, 2024**.

2. **Amendment of Pleadings:** The pleadings are complete.

3. **Joinder of parties:** The parties do not anticipate joining other parties.

4. **Discovery:**

    **(a) Subjects of Discovery:** The parties anticipate that discovery may be needed on the matters raised in the pleadings. The parties anticipate that discovery may include written interrogatories, requests for production of documents, requests for admissions, lay witness and expert witness depositions.

    **(b) Completion of Discovery:** The parties propose that discovery shall be completed by **May 30, 2025**.

5. **Other Orders:** The parties do not believe that any other orders under F.R.C.P. 26(c) or 16 (b) and (c) need to be entered by the Court at this time.

6. **Estimated Length of Trial:** The parties anticipate the case will take 2-3 days to try.

7. **Whether Either Party Has Requested a Jury Trial**: The parties have requested a jury trial.

8. **Issues That May Impact Trial Scheduling**: The parties are unaware of any matter affecting the just, speedy, and inexpensive disposition of the case or that the court should consider in setting the Scheduling Order.

9. **Alternative Dispute Resolution**: The parties have discussed mediation and will notify this Court if both parties wish to pursue that process.

## PROPOSED SCHEDULING DATES

The parties propose the following scheduling dates pursuant to Rule 26(f):

1. **Initial Disclosures**: The parties will provide initial disclosures by **August 22, 2024**.

2. **Expert Disclosures**: Plaintiff shall disclose expert witnesses, if any, with reports by **November 29, 2024**. Defendant shall disclose expert witnesses, if any, with reports by **February 14, 2025**.

3. **Completion of Discovery**: The deadline for discovery shall be **April 18, 2025**.

4. **Dispositive Motions**: Dispositive motions shall be filed by **May 30, 2025**.

Dated this 19th day of July, 2024.

                OVB LAW & CONSULTING, S.C.

                *Electronically Signed by:*

By:    *s/ Connor J. Dartt*
        Connor J. Dartt
        State Bar No. 1121857
        *Attorneys for Plaintiff*
        826 N. Plankinton Avenue, Suite 600
        Milwaukee, WI 53203
        Phone: (414) 585-0588
        Facsimile: (414) 255-3031
        Email: connor@ovblaw.com

Dated this 19th day of July, 2024.

                              CRIVELLO, NICHOLS & HALL S.C.

                              *Electronically Signed by:*

By:     *s/ Mary E. Nelson*
          Mary E. Nelson
          State Bar No. 1000518
          *Attorneys for Defendant*
          710 N. Plankinton Avenue, Suite 500
          Milwaukee, WI 53203
          Phone: (414) 271-7722
          Facsimile: (414) 271-4438
          Email: mnelson@crivellolaw.com